IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristobal Granados-Lopez,<br><br>Petitioner,<br>vs.<br><br>Patricia H. Cantu, et al.,<br><br>Respondents. | No. CV-26-03723-PHX-SPL<br><br>**ORDER** |

The Court has before it the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), the Response (Doc. 14), and Reply (Doc. 15). Additionally, the Court is in receipt of the Report and Recommendation of the Magistrate Judge (Doc. 17), Petitioner's Objections (Doc. 18) and the Response to the Objections from the Respondents (Doc. 19).

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b) (1). It follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial

economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. The Petitioner's objections to the findings and recommendations, and corresponding response, have also been thoroughly considered. After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by Judge Fine. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Deborah M. Fine's Report and Recommendation (Doc. 17) is **accepted** and **adopted** by the Court;

2. That Petitioner's Objections (Doc. 18) are **overruled**;

3. That the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **denied**; and

4. That the Clerk of Court shall **terminate** this action.

Dated this 25th day of November, 2026.

Honorable Steven P. Logan
United States District Judge